L. C., by Johnathan ZIMRING, as guardian ad litem and next friend, et al., Plaintiffs-Appellees,

v.

Tommy OLMSTEAD, Commissioner of the Department of Human Resources;  et al., Defendants-Appellants.

No. 97-8538

Non-Argument Calendar.

United States Court of Appeals,

Eleventh Circuit.

Dec. 21, 1999.

Appeal from the United States District Court for the Northern District of Georgia (No. 1:95-CV-1210-MHS); Marvin H. Shoob, Judge.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before TJOFLAT and BARKETT, Circuit Judges, and PROPST*, Senior District Judge.

PER CURIAM:

We remand this case to the district court for proceedings consistent with the Supreme Court's opinion

in *Olmstead v. L.C.,* --- U.S. ----, 119 S.Ct. 2176, 144 L.Ed.2d 540 (1999).

---

*Honorable Robert B. Propst, Senior U.S. District Judge for the Northern District of Alabama, sitting by designation.